United States Federal Court
Ocala Florida

Oriyomi Sadiq Aloba

Civil
Jury trial demanded.

5:24-CV-107 CEM PRL

Warden of Coleman USP1

Petition for release
28 USCS 1651

Petitioner Oriyomi Sadiq Aloba bring this petition under 28 uscs 1651, requesting that the court issue all necessary writ to bring petition into court and in Camera. For the defendant to proof the legality of petitioner detection because the court has refused to allow petitioner adjudicate his claim, the clerk of the Ocala Division continued to send to petitioner filings under fictitious identity even though petitioner continued to inform the court that the name which petitioner is detained upon is false. Base on this the court should find that the court clerk has conflict of interest and excuse the clerk, please see exhibit one to substantiate this claim.

The first ground to esterblish petitioner claim is in exhibit two, petitioner attached in exhibit. One certificate of identity and the other affidavit under oath denouncing ownership of identification identity currently being used to detain petitioner.

The court must find that extraordinary writ should be issued because petitioner right of access to court is diminished base on circumstances in exhibit one. The court find that petitioner has no access to court in light of right to bring petition under 28 uscs 2241. Please case 23-cv-560-JLB-TRL, It was conclusive that issue of one like this can only be brought up under 28 uscs 2255 However Hold that petitioner could only bring issue of how the sentence are being executed or issue of deprived good time conduct however even though petitioner cited this case as his prior attempt to seek relief, the case still amount to denial of access to court under First Amendment of United States constitution because the court is acting in furtherance of false imprisonment on the ground that the court accepted petitioner claim as true but serve on petitioner under a fictitious identity.

As petitioner continue to assert 28 uscs 2241 is entirely not available in light of this development as esterblished in exhibits one, Petitioner petitioned in exhibit one attacking the denial of good time conduct on the ground that he was not properly identified and could not have adjudicate under a fictitious identity thus he was denied of disciplinary due process right however the court reasoned that petitioner must certify to the financial statement of prison under 28 uscs 1746 of requirement of 28 uscs 1915A. If petitioner do such

2

Then not only that petitioner is comitting perjury pursuant to 18 USC §1001 but petitioner is also violating 18 USCS 1028A, moreso such attestation makes petitioner claim futile and again an attack on petitioner liberty interest under equal protection right of the Fourteenth Amendment of the United States Constitution and conclusively because petitioner is claiming that his detention was on a fictitious case fabricated by Bureau of prison based upon fact of notation in exhibit one, petitioner claimed that he had been held under alternative fictitious name, he had not been sentenced when the defendant produce a fifteen years sentence used as computation to hold him in prison under the same case number that the court is relying upon under 28 USCS 2241. Base on this a writ should be issued to examine whether petitioner is not been deprived of equal protection prejudicially that is been found guaranteed in this eleventh circuit. Please see Amodeo v. FCC Coleman-Low warden, 984 F.3d 992, 999 (11th Cir 2021) So in this case can the court find the 28 USCS 2241 was not available vehicle for petitioner when issues of procedural right of access of court can not be determine.

Another issue the court should consider is the administration policy itself. Under 28 CFR §6.97 which prohibit the use of false information against prisoner petitioner has attempted administrative remedy provided enough evidence that warrant defendant to stop using falsified information against petitioner however the defendant continues to do the same without affording to petitioner right to dispute false records under the

3

the so called Privacy Act rights of 1974 and Freedom of Information act right title 5 USCS 552.

Conclusion.

The Court should issue a writ to bring petitioner into camera and in court to determine the genueness of identification information being used to detain petitioner

The court should issue writ to determine whether there is available remedy to cure petitioner claim of lack of right to access of court on the accounts of whether the court could correspond with petitioner under fictitious identity when petitioner properly establish his true identity and offered evidence under oath that the defendants has Elelebrately Fabricated his identity in an attempt to cover up for a state prosecution as false imprisonment evidence to support it

The court should issue writ to excurmine whether denial of administrative remedy and lack of access to court under petitioner true identity does not amount to violation of petitioner Liberty interest. OR The court should issue all necessary write to grant relief of immediate release and to declare petitioner detention unconstitutional.

Respectfully Submitted

Oriyomi Sadiq Aloba.

02-24-24

# Certificate of Mailing

Oriyomi Sadiq A Loba states:

I certify under penalty of perjury pursuant to 28 USCS 1746 that on this day I serve the following parties the attached writ:

District Court
Court Clerk
207 NW 2nd street
Suit 4475
Ocala FL 34475.

Respectfully yours.

Exhibit One

## Certificate of Identity

ORIYOMI-SADIQ ALOBA states.

I Declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above and below, and I understand that any falsification of this statement is punishable under provision of 18 USCS 1001.

First Name : ORIYOMI
Middle Name : SADIQ
LAST NAME : ALOBA.

_____
Sign

ORIYOMI SADIQ ALOBA
Name

02-24-24
Date

7

2

## Affidavit Under Oath

Oriyomi Sadiq Aloba states.

I certify under penalty of perjury pursuant to 28 USCS 1746, 18 USCS 1001, 18 USCS 1028A, 18 USCS 35 on this day 02-04-24, that the following identification information does not belong to me nor have use it or consented to be identified as and that my true identification same is attached as certificate of identity only for the for the purpose of disputing the below fraudulent identity and does not constitute the same by similarity or by omission.

ORIYOMI SADDIQ ALOBA
ORIYOMIE SADDIQ ALOBA
ORIYOMITY SADDIQ ALOBA
ORIYOMI ALOBA
YOMI ALOBA

*Aloba*
Sign

Respectfully Submitted
Oriyomi Sadiq Aloba
01-04-24.

9

Exhibit one

I am requesting to be released from the custody of Bureau of prison due to detention without due process of law as result of my inability to meet the requirements of the court to seek relief under attached exhibit one of the Court order requesting me to submit a financial statements under a fictitious identity and requiring me to certify to the truthfulness of produce record pursuant to 28 USCS 1746. Please see exhibit one.

Please also see petitioner response as exhibit two, addressing the clerk of the court that petitioner is unable to meet the requirements of the court because the petition has been filed under a name other than petition true identification name in lights 18 USCS 1001, 18 USCS 1028A, 18 USCS 35, as petitioner certifying to any of this document knowingly violates the Fifth Amendment of the United States Constitution of self incrimination, please also see petitioner attached exhibit three demanding all correspondents be returned to sender because they are drafted under fictitious identity. please also incident report and exhibit four of video recording available to unit team and operational lieutenant for the date of January 24 2024, of established of misidentification investion by Administration of Coleman USP 1 Federal prison, please also exhibit five of petitioner certification of identity.

I also support my claims with following grounds for relief.

Petitioner was detained and was imprisoned under identification name Oriyomi Saddiq Aloba purportedly pursuant to this detention however at this day petitioner detention is under Oriyomi Saddiq Aloba another name other than initial convicted name. Petitioner seek FOIA disclosure of his records and response was that no such record however see exhibit 8ic showing record that petitioner had been indeed detained under other fictitious name other than the name BOP currently use which is fictitious as well.

The DNA record currently being use is also fraudulents and falsified by BOP.

Petitioner is not being detained under any legal conviction because at the time petitioner was imprisoned in Alabama prison petitioner was not under any lawful sentence judgement or comitment.

Petitioner is not under any lawful judgement or or comitment in custody of any bureau of prison

4

3

Petitioner assert that because all of this allegation amount to kidnapping due to petitioner inability to seek relief from the court, the Bureau of prison must exercise authority and grant petitioner immediate release to stop continuance violation of laws and Constitution of the united states. please see 28 USCS 2072(b), please also see First Amendment, Fourth Amendment, Fifth Amendment, Six Amendment, eigth Amendment, thirteenth Amendment and Fourteenth Amendment of the United States Constitution.

## Relief Sought.

I request that this petition should be treated with urgency and decide upon with three days, that I should be placed in protective custody while this matter is being being urgently resolved and that if I am not release within three days from this kidnapping, false imprisonment a BP9 should be immidiately issued, and the BP9 should be review under sensitive matter and that it should be address within three days. and to be released from unconstitution detention.

Thank you.
Oriyomi Sadiq
Alaba.

12

*Exhibit two*

*Copyright of mwera new*

Case: 5:24-CV-00027-WFJ-PRL

District Court Clerk

## Notice of Rejection

On about January 2024, I received document from your office addressed to ORIYOMII SADDIQ ALOBA. Please consider this document undelivered and to be returned to sender in light of the legal circumstances below.

First I am not ORIYOMII Sardidiq Aloba just as this document as been filed or addressed to, nor can I meet the requirements of 28 USCS 1746, 18 USCS 1001, 18 USCS 35, 18 USCS 1028A under the fictitious identity as the court required.

Base on this foregoing reasons, I have concluded that your office has received my writ of Habeas petition unfiled and constitute denial of access to court.

Thank you.

ORiyomi Sadiq Aloba.

01-02-24

18

Exhibit two

Re: 5:24-CV-00027-WFJ-PRL

District Court Clerk

## Notice of Rejection

On about January 2024, I received document from your office addressed to ORIYOMI SADDIQ ALOBA. Please consider this document undelivered and to be returned to sender in light of the legal circumstances below.

First, I am not ORIYOMII Sariddiq Aloba, just as this document as been filed or addressed to, nor can I meet the requirement of 28 USCS 1746, 18 USCS 1001, 18 USCS 35, 18 USCS 1028A under the fictitious identity as the court required.

Base on this foregoing reasons, I have concluded that your office has received my writ of Habeas petition unfiled and constitute denial of access to court.

Thank you.

ORiyomi Sadiq Aloba.

02-02-24

I want to talk about a memory that wolf before

What is the Different between Pointing and Writing



ten the the Kalashter

Exhibit One.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

ORIYOMI SADDIQ ALOBA,

Petitioner,

v.

Case No: 5:24-CV-00027-WFJ-PRL

WARDEN, FCC COLEMAN 1,

Respondent.

## ORDER

Pending before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* on (Doc. 2). Ruling on the motion is **DEFERRED** until Plaintiff submits the appropriate financial documentation. The **Clerk of Court** shall send Plaintiff a blank Application to Proceed *in forma pauperis* and Prisoner Consent Form and Financial Certificate. Plaintiff is directed to file the completed forms within **30 DAYS** of the date of this Order. The failure to comply within the allotted time will result in the dismissal of this case without further notice.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 19th day of January 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

c:  *pro se* Plaintiff

15

I am requesting pursuant to Bureau of prison policy and under 28 CFR 16.97, that all my biometric data be remove from registration number 75821112 because the name which it was registered upon is not me and does not carry my true identification name pursuant to 28 CFR 16.41(6) and Privacy Act of 1974 and have determined that the use of this information under Fictitious violates 18 USCS 1001 and 5 U.S.C section 552a(i)(3). I contest that at the time the registration number 75821112 was created in an around January 2018, no lawful arrest was in place to collect this data nor was their any court order for an arrest and nor have I authorside or waive, consented to collect any of my biometric data to be use for any purpose. As a result all records acquired through the biometric data must be remove destroyed and seized from further use to make adversary decission over me. Please see affidavit of support to this request.

Respectfully yours.
Oriyomi sadiq Alaka
02-04-24.

17

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) [illegible] | DATE: 01-8-24 |
|---|---|
| FROM: Oriyomi Sadiq Aloba | REGISTER NO.: |
| WORK ASSIGNMENT: | UNIT: M |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I intend to establish Misinformation

I unable to determine whether the BOP number does not constitute misidentification of my identity, however please point me remedy

Case number 993932-F1 For BOP Registration Number 75821(12

(Do not write below this line)

DISPOSITION:

Contact the Western Regional Office where the case number originated:

Western Regional Office
7338 Shoreline Drive
Stockton, CA 95219

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                              Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER       **SECTION 6**

18

## Affidavit under Oath

Oriyomi Sadiq Aloba states.

I certify under penalty of perjury pursuant to 28 USCS 1746, 18 USCS 1001 on this day that all entire statements entered in this petition are true.

### Statement

On october or there about I was bieled under a name as Oriyomie Saddiq Aloba, I petition for remedy however at that time I clarify my name but later on I was given another identity as Oriyomi Saddiq Aloba, please see exhibit one of exhibit two. of proof of my claim, I continued to attempt to established my claim, I thought my name was changed from Oriyomie Saddiq Aloba to Oriyomi Saddiq Aloba. So I filed FOIA, I was told that no record of any name change please see exhibit two of exhibit two, I then filed internal remedy please see exhibit three of exhibit two. I was told that record of my request is not on file that I must contact another regional office.

_____          Oriyomi Sadiq Aloba
Sign                                                         Name.

02-29-24
Date

19.